1 Rosemary T. McGuire, Esq.   Bar No. 172549
  Michael R. Linden, Esq.       Bar No. 192485
2
  WEAKLEY, ARENDT & McGUIRE, LLP
3     1630 East Shaw Avenue, Suite 176
      Fresno, California  93710
4     Telephone: (559) 221-5256
      Facsimile:  (559) 221-5262
5
  Attorneys for Defendants CITY OF FRESNO, CHIEF JERRY DYER, JEFFREY GROSS
6 and SCOTT PAYN

7
                **IN THE UNITED STATES DISTRICT COURT**
8
             **FOR THE EASTERN DISTRICT OF CALIFORNIA**
9

10
  GLEN BEATY                              )   CASE NO. 1:09-CV-01684-LJO-GSA
11                                        )
              Plaintiff,                  )
12                                        )   **STIPULATION AND ORDER EXTENDING**
              vs.                         )   **TIME TO RESPOND TO COMPLAINT**
13                                        )
  CITY OF FRESNO; JERRY DYER,             )
14 individually and in his official capacity as the )
  Chief of Police for the Fresno Police  )
15 Department; JEFFREY GROSS, individually )
  and in his official capacity as Police Sergeant )
16 for the Fresno Police Department; SCOTT )   Complaint Filed: September 23, 2009
  PAYN, individually and in his official  )   Trial Date: N/A
17 capacity as Police Officer for the Fresno )
  Police Department; and DOES 1 through 50, )
18 inclusive,                             )
                                          )
19            Defendants.                 )
                                          )
20 _____ )

21          Defendants CITY OF FRESNO, JERRY DYER, JEFFREY GROSS and SCOTT PAYN

22 ("Defendants"), and plaintiff GLEN BEATY (hereinafter "Plaintiff") hereby stipulate to a 60-day

23 extension of time for the Defendants to file a pleading in response to Plaintiff's complaint.  Good

24 cause exists for this extension of time, as the parties recognize that because Plaintiff has been

25 declared mentally incompetent by the Fresno County Superior Court, a proper representative is

26 required to bring suit on his behalf.

27 _____
   Stipulation and Order Granting 60-Day Extension
28 to File a Pleading in Response to Plaintiff's Complaint

1  **IT IS SO STIPULATED.**

2  DATE: October 15, 2009

3                                    WEAKLEY, ARENDT & McGUIRE, LLP

4                            By:      /s/ Rosemary T. McGuire

5                            Rosemary T. McGuire

6                            Michael R. Linden
                          Attorneys for Defendants

7                            CITY OF FRESNO, et al.
DATE: October 16, 2009

8                            By:      /s/ Russell D. Cook   *(authorized on 10/16/09)*

9                            Russell D. Cook
                          Attorney for Plaintiff

10                            GLEN BEATY

11

12                                  **ORDER**

13       IT IS SO ORDERED.

14  **Dated:**   **October 19, 2009**                 **/s/ Gary S. Austin**

15                                 UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28  Stipulation and Order Granting 60-Day Extension
to File a Pleading in Response to Plaintiff's Complaint