1  Rosemary T. McGuire, Esq.   Bar No. 172549
   Michael R. Linden, Esq.      Bar No. 192485
2
   WEAKLEY, ARENDT & McGUIRE, LLP
3      1630 East Shaw Avenue, Suite 176
          Fresno, California  93710
4         Telephone: (559) 221-5256
          Facsimile:  (559) 221-5262
5
   Attorneys for Defendants CITY OF FRESNO, CHIEF JERRY DYER, JEFFREY GROSS
6  and SCOTT PAYN

7
                    IN THE UNITED STATES DISTRICT COURT
8
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   GLEN BEATY                              ) CASE NO. 1:09-CV-01684-LJO-GSA
11                                          )
              Plaintiff,                    )
12                                          ) **STIPULATION AND ORDER EXTENDING**
         vs.                                ) **TIME TO RESPOND TO COMPLAINT**
13                                          )
   CITY OF FRESNO; JERRY DYER,              )
14 individually and in his official capacity as the )
   Chief of Police for the Fresno Police    )
15 Department; JEFFREY GROSS, individually  )
   and in his official capacity as Police Sergeant )
16 for the Fresno Police Department; SCOTT  ) Complaint Filed: September 23, 2009
   PAYN, individually and in his official    ) Trial Date: N/A
17 capacity as Police Officer for the Fresno )
   Police Department; and DOES 1 through 50, )
18 inclusive,                                )
                                             )
19            Defendants.                    )
   _____)
20

21       Defendants CITY OF FRESNO, JERRY DYER, JEFFREY GROSS and SCOTT PAYN

22 ("Defendants"), and plaintiff GLEN BEATY (hereinafter "Plaintiff") hereby stipulate to a 60-day

23 extension of time for the Defendants to file a pleading in response to Plaintiff's complaint.  Good

24 cause exists for this extension of time, as the parties recognize that because Plaintiff has been

25 declared mentally incompetent by the Fresno County Superior Court, a proper representative is

26 required to bring suit on his behalf.

27 _____
   Stipulation and Order Granting 60-Day Extension
28 to File a Pleading in Response to Plaintiff's Complaint

**IT IS SO STIPULATED.**

DATE: October 15, 2009

                                            WEAKLEY, ARENDT & McGUIRE, LLP

By:   /s/ Rosemary T. McGuire

Rosemary T. McGuire
Michael R. Linden
Attorneys for Defendants
CITY OF FRESNO, et al.

DATE: October 16, 2009

By:   /s/ Russell D. Cook   (*authorized on 10/16/09*)

Russell D. Cook
Attorney for Plaintiff
GLEN BEATY

**ORDER**

IT IS SO ORDERED.

Dated:   **October 19, 2009**          **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE

---

Stipulation and Order Granting 60-Day Extension
to File a Pleading in Response to Plaintiff's Complaint