Russell D. Cook (094934)
**LAW OFFICE OF RUSSELL D. COOK**
1233 West Shaw Avenue, Ste. 100
Fresno, CA 93711
Telephone: (559) 225-2510
Facsimile: (559) 229-3941

Peter N. Kapetan (138068)
**KAPETAN BROTHERS**
1236 "M" Street
Fresno, California 93721
Telephone: (559) 498-0800
Facsimile: (559) 498-3784

Attorneys for:   Plaintiff Glen Beaty

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN BEATY<br><br>　　　　Plaintiff,<br>v.<br><br>CITY OF FRESNO; JERRY DYER, individually and in his official capacity as the Chief of Police for the Fresno Police Department; JEFFREY GROSS, individually and in his official capacity as Police Sergeant for the Fresno Police Department; SCOTT PAYN, individually and in his official capacity as Police Officer for the Fresno Police Department; and DOES 1 through 50, inclusive.<br><br>　　　　Defendants. | Case No. 1:09-cv-01684-LJO-GSA<br><br>**PETITION FOR APPOINTMENT OF DAVID M. HADDEN, M.D. FRESNO COUNTY PUBLIC GUARDIAN AS GUARDIAN AD LITEM ON BEHALF OF PLAINTIFF, GLEN BEATY PURSUANT TO <u>PROBATE CODE</u> 1003** |

Russell D. Cook, hereby petitions the Court pursuant to the provisions of <u>Probate Code</u> section 1003 to appoint the Fresno County Public Guardian as Guardian Ad Litem in connection with the prosecution of this case. I, Russell D. Cook hereby declare as follows:

1. I, am an attorney duly licensed to practice law within the State of California.

2. Peter Kapetan and I are both were hired to represent Mr. Beaty in connection with a civil rights case against the CITY OF FRESNO; JERRY DYER, individually and in his

official capacity as the Chief of Police for the Fresno Police Department; JEFFREY GROSS, individually and in his official capacity as Police Sergeant for the Fresno Police Department; SCOTT PAYN, individually and in his official capacity as Police Officer for the Fresno Police Department; and DOES 1 through 50, inclusive (hereinafter referred to as Defendants).

3. The action in this court is against the Defendants asserting the following claims: (1) Violation of 42 U.S.C. § 1983 (unreasonable search and seizure and unreasonable use of force via the Fourth and Fourteenth Amendments of the United States Constitution); (2) Article I, §§7 and 13; (3) California Civil Code § 52.1; (4) Assault & Battery; (5) Negligence; and (6) Invasion of Privacy.

4. No previous petition for appointment of a guardian ad litem has been filed in this matter.

5. Glen Beaty is over the age of 18.

6. Glen Beaty is currently under the case of psychiatrists at the Metropolitan State Hospital at Norwalk, California, being committed there by order of the Fresno County Superior Court, Judge Houry Sanderson on July 2, 2009. I am informed that Mr. Beaty was transferred in October, 2009 from the Fresno County Jail to the Metropolitan State Hospital in Norwalk, CA.

7. At that time, the Court determined Mr. Beaty incompetent and ordered him committed to Atascadero State Hospital pursuant to Penal Code section 1370 for a maximum term of three (3) years. Attached hereto as Exhibit A is a true and correct copy of the Order of the Fresno County Superior Court.

1 Petitioner requests that this court take Judicial Notice of the Order so entered by the Fresno Superior Court. Said determination was based upon psychiatric evaluations

performed on Glen Beaty in that proceeding. Based upon that determination, we are requesting that the Federal Court act in accordance with the prior Fresno Superior Court decision and appoint the Fresno County Public Guardian as Guardian ad Litem in this action.

2   This request for appointment of the Public Guardian is made pursuant to the provisions of California Probate Code section 1003.

3   I have requested several individuals to act as a guardian ad litem, all of which respectfully declined to act in that capacity. These individuals include relatives as well as individuals who have known Plaintiff for many years. All have elected not to act as a Guardian Ad Litem.

4   I have contacted the County of Fresno Public Guardian and have spoke to Michelle Sloan, Division Manager for the Public Guardian for the County of Fresno. I also had a conversation with David Hadden, M.D. on November 3, 2009. Dr. Hadden advised me that while he would not voluntarily agree to act in this capacity, that in the event that the Court ordered him to, he would agree that the office of Public Guardian would act as Mr. Beaty's Guardian Ad Litem.

5   As Mr. Beaty is an indigent within the County of Fresno, even though they will not voluntarily agree to act as the Guardian Ad Litem in this case, we are requesting that the Court issue an order to the Fresno County Public Guardian to act in that capacity.

6   The hourly rate is for case workers through the Public Guardian's office is $96.00 It is requested that the Court would order that these funds would be reimbursed out of funds from a settlement or a judgment.

WHEREFORE, Russell D. Cook moves the court for an order as follows:

1. Appointing David Hadden, M.D., the County of Fresno Public Guardian as the guardian ad litem for Glen Beaty for the purpose of continuing the action against

the CITY OF FRESNO; JERRY DYER, individually and in his official capacity as the Chief of Police for the Fresno Police Department; JEFFREY GROSS, individually and in his official capacity as Police Sergeant for the Fresno Police Department; SCOTT PAYN, individually and in his official capacity as Police Officer for the Fresno Police Department; and DOES 1 through 50, inclusive, on the claims hereinabove stated.

2. It is further requested that the Court order that the Public Guardian shall be entitled to be reimbursed at the rate of $96.00 per hour for time spent by individuals within their department in connection with the prosecution of this case and that the payment will be out of any settlement or judgment.

Executed this 6th day of November, 2009 at Fresno California. I declare under the laws of the United States that the foregoing is true and correct.

LAW OFFICE OF RUSSELL D. COOK

By_____
Russell D. Cook, Attorney for:
Plaintiff Glen Beaty,

## ORDER

The petition for an order appointing David M. Hadden, M. D. Fresno County Public Guardian as Guardian Ad Litem for Glen Beaty is GRANTED, as requested in the petition.

DATED: November ___, 2009.

_____
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

Superior Court of California, County of Fresno
CENTRAL DIVISION
1100 Van Ness Avenue, Fresno, CA 93724.

# MINUTE ORDER

| | | |
|---|---|---|
| **Defendant Name:** **Beaty, Glen Theodore** | | Case No: **CF04906297** |
| Address: | 752 W Escalon Avenue, Fresno, CA 93704 USA. | Date Sentenced: 05/06/05 |
| AKAs: | | |

| | | | | |
|---|---|---|---|---|
| DOB: | 05/15/1956 | Sex: M | Hair: Brown | Height: 6' 0" |
| DLN: | N2156313 CA | | Eyes: Hazel | Weight: 165 |

| | | |
|---|---|---|
| Violation Date: | 09/17/04 | BAC: |
| Prosecuting Atty: | Hoedt, Scott Raymond | BKG #: |
| Issuing Agency: | District Attorney | DR #: 04-22113 |
| Filing Agency Case: | 2004F33820 | |

| | | | |
|---|---|---|---|
| Date of Order: | 07/02/09 | Judge: Sanderson, Houry | Dept: 30 |

Charging Doc:   Original Complaint

| CNT | OL | CHARGE | | CNT | OL | CHARGE |
|---|---|---|---|---|---|---|
| 1 | F | 69 PC | | | | |

| Docket dt | Seq | Text |
|---|---|---|
| 7/2/2009 | | |
| | 1 | **CORRECTED MINUTE ORDER.** |
| | 2 | **Hearing held on 7/2/2009 at 08:30:00 AM in Department 30, 3rd Floor for Mental Health Mental Health.** |
| | 3 | Judicial Officer: Sanderson, Houry, Judge |
| | 4 | Courtroom Clerk: Danielson, Ben |
| | 5 | Court Reporter: Dedmon, Denise |
| | 6 | Peter N Kapetan appearing with defendant. |
| | 7 | People present and are represented by, Scott Raymond Hoedt, Deputy District Attorney. |
| | 8 | Report of Doctor(s) Julian S. Smith read, considered and received into evidence. |
| | 9 | Criminal proceedings remain suspended. |

EXHIBIT A

Superior Court of California, County of Fresno
CENTRAL DIVISION
1100 Van Ness Avenue, Fresno, CA 93724.

## MINUTE ORDER

**Defendant Name: Beaty, Glen Theodore**       Case No: **CF04906297**

| Docket dt | Seq | Text |
|---|---|---|
| 7/2/2009 | | |
| | 11 | The Court having previously considered the defendant incompetent and Court now having received, read and considered the recommendation from the Forensic Mental Health Department, the Court orders the defendant committed to the Atascadero State Hospital pursuant to Penal Code Section 1370 as to count(s) 1. The Hospital Director shall submit a progress report to the court as directed by law. |
| | 12 | Court sets maximum term of commitment at Exceeds 3 years. |
| | 13 | Actual time credits 432 days. |
| | 14 | The defendant, with the advise of counsel, consents to the administration of antipsychotic medication as prescribed by a treating psychiatrist. If the defendant subsequently withdraws consent for antipsychotic medication and the treating psychiatrist determines, as prescribed by law, that the defendant (1) lacks the capacity to make decisions regarding antipsychotic medication or (2) is a danger to others, the court shall be informed of this development and provided with both an assessment of the defendant☐s current mental status and the opinion of the treating psychiatrist that involuntary antipsychotic medication has become medically necessary and appropriate. The defendant shall be returned to this court, which shall provide notice to the attorneys and set a hearing to determine whether involuntary antipsychotic medication should be ordered. |
| | 15 | **Defendant remains in custody.** |
| | 16 | **Fresno County Sheriff's Department is ordered to transport defendant to: Atascadero State Hospital.** |
| | 17 | Minutes of B. Danielson entered by A. Harris on 07/02/2009. |
| | 18 | Notice to Sheriff issued. |