Russell D. Cook     094934
LAW OFFICE OF RUSSELL D. COOK
1233 West Shaw Avenue, Suite 100
Fresno, California  93711
Telephone:   (559) 225-2510
Facsimile:    (559) 229-3941


Peter N. Kapetan (138068)
KAPETAN BROTHERS
1236 "M" Street
Fresno, California 93721
Telephone:   (559) 498-0800
Facsimile:    (559) 498-3784


Attorneys for:     Plaintiff Glen Beaty


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN BEATY,<br><br>        Plaintiff,<br>   v.<br><br>CITY OF FRESNO; JERRY DYER, individually and in his official capacity as the Chief of Police for the Fresno Police Department; JEFFREY GROSS, individually and in his official capacity as Police Sergeant for the Fresno Police Department; SCOTT PAYN, individually and in his official capacity as Police Officer for the Fresno Police Department; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 1:09cv01684 LJO GSA<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE HEARING**<br><br>Scheduling Conference: 01/06/2010<br>Time: 9:15 a.m.<br>**Courtroom: 10, 6th Floor**<br>Judge: Gary S. Austin |

     Plaintiff, Glen Beaty (hereinafter referred to as "Plaintiff"), and Defendants, City of Fresno; Jerry Dyer, individually and in his official capacity as the Chief of Police for the Fresno Police Department; Jeffrey Gross, individually and in his official capacity as Police Sergeant for the Fresno Police Department; Scott Payn, individually and in his official capacity as Police Officer for the Fresno Police Department (hereinafter collectively referred to as "Defendants") hereby stipulate to a sixty (60) day extension of time for the Defendants

to file a pleading in response to Plaintiff's Complaint to and including February 1, 2010. Good Cause exists for this extension of time, as the parties recognize that Plaintiff has been declared incompetent by the Fresno County Superior Court, a proper representative is required to bring suit on his behalf.

Counsel for Plaintiff has filed a Notice of Motion for the Appointment of David M. Hadden, M.D., Fresno County Public Guardian as Guardian ad Litem on Behalf of Plaintiff, Glenn Beaty to be heard on Friday, January 8, 2010. Accordingly, good cause exists to continue the Mandatory Scheduling Conference to a date after the date that Defendants file a pleading in response to Plaintiff's Complaint. Therefore, the parties hereby stipulate to continue the Mandatory Scheduling Conference hearing sixty (60) days from the present hearing date of January 6, 2010, or a date convenient to the Court's calendar.

LAW OFFICE OF RUSSELL D. COOK

Date: December 3, 2009          By: **/s/   Russell D. Cook**
                                Russell D. Cook, Attorney for:
                                Plaintiff, GLEN BEATY

WEAKLEY, ARENDT & McGUIRE, L.L.P.

Date: December 3, 2009          By; **/s/ Rosemary T. McGuire**
                                Rosemary T. McGuire, Attorney for:
                                Defendants, CITY OF FRESNO, et al.

## ORDER

Pursuant to the stipulation of the parties, Defendants have to and including February 1, 2010 to file a response to the complaint. The Initial Scheduling Conference currently set for January 6, 2010 has been continued to March 8, 2010 at 9:30 a.m. in Courtroom 10.

IT IS SO ORDERED.

   Dated:   **December 9, 2009**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE