| | |
|---|---|
| 1 | Rosemary T. McGuire, Esq.   Bar No. 172549 |
| | Michael R. Linden, Esq.     Bar No. 192485 |
| 2 | |
| | WEAKLEY, ARENDT & McGUIRE, LLP |
| 3 | 1630 East Shaw Avenue, Suite 176 |
| | Fresno, California   93710 |
| 4 | Telephone: (559) 221-5256 |
| | Facsimile:  (559) 221-5262 |
| 5 | |
| | Attorneys for Defendants JEFFREY GROSS and SCOTT PAYN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GLEN BEATY | ) | CASE NO. 1:09-CV-01684-LJO-GSA |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER EXTENDING** |
| vs. | ) | **TIME WITHIN WHICH PUBLIC** |
| | ) | **GUARDIAN'S ACKNOWLEDGMENT MAY** |
| CITY OF FRESNO; JERRY DYER, | ) | **BE FILED WITH THE COURT, AND** |
| individually and in his official capacity as the | ) | **WITHIN WHICH DEFENDANTS MAY** |
| Chief of Police for the Fresno Police | ) | **RESPOND TO COMPLAINT** |
| Department; JEFFREY GROSS, individually | ) | |
| and in his official capacity as Police Sergeant | ) | |
| for the Fresno Police Department; SCOTT | ) | |
| PAYN, individually and in his official | ) | |
| capacity as Police Officer for the Fresno | ) | |
| Police Department; and DOES 1 through 50, | ) | |
| inclusive, | ) | Complaint Filed: September 23, 2009 |
| | ) | Trial Date: N/A |
| Defendants. | ) | |
| _____ | ) | |

Defendants CITY OF FRESNO, JERRY DYER, JEFFREY GROSS and SCOTT PAYN ("Defendants"), and plaintiff GLEN BEATY ("Plaintiff") hereby stipulate to a second extension of time for the Defendants to file a pleading in response to Plaintiff's complaint.  Good cause exists for this extension of time, as the parties recognize that because Plaintiff has been declared mentally incompetent by the Fresno County Superior Court, a proper representative is required to bring suit on his behalf.  Plaintiff's petition for appointment of David M. Hadden, M.D. as Guardian ad Litem for Mr. Beaty was granted on January 21, 2010, contingent upon the filing of written voluntary acceptance and acknowledgment by Dr. Hadden of his appointment. The parties hereby stipulate that defendants have 10 days after the filing of written voluntary acceptance and acknowledgment

---

Stipulation and Order Granting Extension
to File a Pleading in Response to Plaintiff's Complaint

by Dr. Hadden of his appointment, to file a responsive pleading.

It is further stipulated that the Fresno County Public Guardian will have an additional two weeks to February 24, 2010, to determine whether or not to voluntarily accept the appointment.

**IT IS SO STIPULATED.**

DATE: February 3, 2010

                    WEAKLEY, ARENDT & McGUIRE, LLP

By: /s/ Rosemary T. McGuire

Rosemary T. McGuire
Michael R. Linden
Attorneys for Defendants
JEFFREY GROSS and SCOTT PAYN

DATE: February 3, 2010

BETTS & RUBIN

By: /s/ Joseph D. Rubin

Joseph D. Rubin
Attorneys for Defendants
CITY OF FRESNO and JERRY DYER

DATE: February 3, 2010

By: /s Russell D, Cook

Russell D. Cook
Attorney for Plaintiff GLEN BEATY

**ORDER**

Pursuant to the instant stipulation, the time within which Plaintiffs' counsel may file the acceptance and acknowledgment of appointment as public guardian of Plaintiff Glenn Beaty, by the Fresno County Public Guardian, is extended to and including February 24, 2010.

Additionally, the time within which Defendants may respond to the complaint is extended to and including ten (10) days following the filing of the aforementioned acceptance and acknowledgment of appointment.

IT IS SO ORDERED.

Dated:   February 3, 2010             /s/ Gary S. Austin
                                      UNITED STATES MAGISTRATE JUDGE

Stipulation and Order Granting Extension
to File a Pleading in Response to Plaintiff's Complaint            3