# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN BEATY, | 1:09-cv-1684 LJO GSA |
| Plaintiff, | ORDER REGARDING OBJECTIONS BY DAVID M. HADDEN. M.D. CONCERNING APPOINTMENT OF GUARDIAN AD LITEM FOR PLAINTIFF GLEN BEATY |
| v. | |
| CITY OF FRESNO, JERRY DYER, individually and in his official capacity, JEFFREY GROSS, individually and in his official capacity, and SCOTT PAYN, individually and in his official capacity, | (Document 33) |
| Defendants. | |

Plaintiff Glen Beaty filed this civil rights action on September 23, 2009. (Doc. 1.) Defendants were served on September 25, 2009, and by subsequent stipulation, Defendants were granted an additional sixty (60) days from the October 19, 2009, order, within which to file their pleadings. (Docs. 9-12, 14.) On December 7, 2009, a second stipulation permitted Defendants an additional sixty (60) days, through and until March 5, 2010, within which to file answers to the complaint. (Doc. 22.)

//

1

1     On December 4, 2009, Plaintiff filed a second Petition for Appointment of David M.
Hadden, M.D., Fresno County Public Guardian, as Guardian ad Litem on Behalf of Plaintiff Glen
Beaty. (Doc. 18.) Defendants did not filed any opposition.

    On January 21, 2010, this Court issued an Order granting the petition for appointment of
the public guardian as Plaintiff's guardian ad litem, conditioned upon the filing of a "voluntary
acceptance and acknowledgment of the appointment in writing . . ..." (*See* Doc. 28 at 5.)

    On February 3, 2010, a Stipulation and Order was filed with the Court, wherein the time
for the filing of written voluntary acceptance and acknowledgment of the appointment was
extended through and including February 24, 2010. Additionally, Defendants were granted an
extension of ten days from the date of the aforementioned filing within which to file a response
to the complaint. (Doc. 30.)

    On February 4, 2010, Objections to the Court's conditional order were filed by David M.
Hadden, M.D., Public Guardian. Dr. Hadden objects to voluntary acceptance of the appointment
due to a conflict of interest, staff's inexperience with civil rights litigation, and staffing
limitations that would be impacted by the amount of time such an appointment would necessarily
involve. (Doc. 33.)

**ORDER**

    In light of the foregoing, this Court **VACATES** its conditional order of January 21, 2010,
and **SETS** this matter for a status hearing on **February 23, 2010, at 10:30 a.m.** in Courtroom 10,
wherein the personal appearance of counsel for all parties is required.


    IT IS SO ORDERED.

    Dated:   **February 5, 2010**              **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE

2