# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GLEN BEATY, | ) | 1:09-cv-1684 LJO GSA |
| | ) | |
| Plaintiff, | ) | **ORDER REGARDING STATUS CONFERENCE** |
| v. | ) | |
| CITY OF FRESNO, JERRY DYER, individually and in his official capacity, JEFFREY GROSS, individually and in his official capacity, and SCOTT PAYN, individually and in his official capacity, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

On February 23, 2010, this Court held a status conference regarding the issue of the appointment of a guardian ad litem for Plaintiff Glen Beaty. Peter N. Kapetan personally appeared on behalf of Plaintiff; Russell D. Cook appeared telephonically on behalf of Plaintiff. Joseph Rubin, specially appearing for James B. Betts, personally appeared on behalf of Defendants; Rosemary T. McGuire appeared telephonically on behalf of Defendants.

Mr. Cook has filed a motion to appoint Brian K. Cuttone as guardian ad litem for Plaintiff Glen Beaty. (Doc. 36.) The Court questioned Mr. Cook regarding a potential conflict of interest

1

1 when it learned that Mr. Cuttone and Mr. Cook share the same physical business address and
2 business telephone number, yet the pleadings filed with the Court did not address the issue or
3 explain why there is no such conflict.

In light of representations made during the hearing, this Court ORDERS as follows:

1. Russell D. Cook shall file a declaration under seal explaining the business/legal relationship between he and Brian K. Cuttone;

2. Brian K. Cuttone shall file a declaration under seal addressing: (a) his standing with the California State Bar, including any past, pending or anticipated disciplinary action; (b) his business/legal relationship with Russell D. Cook; and (c) his understanding that any fees associated with a guardian ad litem appointment falls within this Court's discretion and may not equal his hourly rate of $265.00 (*see* Doc. 38 at 2, ¶ 5 ["I would expect that out of any settlement or judgment . . ."]) and may even be denied altogether;

3. Peter N. Kapetan shall file a declaration under seal regarding the current status of the state court proceedings, and Plaintiff's current mental status; and finally,

4. The initial scheduling conference previously scheduled for March 8, 2010, at 9:30 a.m., has been CONTINUED to April 7, 2010, at 9:30 a.m. before the undersigned. The parties may appear telephonically.

IT IS SO ORDERED.

Dated: **February 24, 2010**     /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

2