# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN BEATY, | 1:09-cv-1684 LJO GSA |
| Plaintiff, | **ORDER REGARDING STATUS CONFERENCE** |
| v. | |
| CITY OF FRESNO, JERRY DYER, individually and in his official capacity, JEFFREY GROSS, individually and in his official capacity, and SCOTT PAYN, individually and in his official capacity, | |
| Defendants. | |

On February 23, 2010, this Court held a status conference regarding the issue of the appointment of a guardian ad litem for Plaintiff Glen Beaty. Peter N. Kapetan personally appeared on behalf of Plaintiff; Russell D. Cook appeared telephonically on behalf of Plaintiff. Joseph Rubin, specially appearing for James B. Betts, personally appeared on behalf of Defendants; Rosemary T. McGuire appeared telephonically on behalf of Defendants.

Mr. Cook has filed a motion to appoint Brian K. Cuttone as guardian ad litem for Plaintiff Glen Beaty. (Doc. 36.) The Court questioned Mr. Cook regarding a potential conflict of interest

1

when it learned that Mr. Cuttone and Mr. Cook share the same physical business address and business telephone number, yet the pleadings filed with the Court did not address the issue or explain why there is no such conflict.

In light of representations made during the hearing, this Court ORDERS as follows:

1. Russell D. Cook shall file a declaration under seal explaining the business/legal relationship between he and Brian K. Cuttone;

2. Brian K. Cuttone shall file a declaration under seal addressing: (a) his standing with the California State Bar, including any past, pending or anticipated disciplinary action; (b) his business/legal relationship with Russell D. Cook; and (c) his understanding that any fees associated with a guardian ad litem appointment falls within this Court's discretion and may not equal his hourly rate of $265.00 (*see* Doc. 38 at 2, ¶ 5 ["I would expect that out of any settlement or judgment . . ."]) and may even be denied altogether;

3. Peter N. Kapetan shall file a declaration under seal regarding the current status of the state court proceedings, and Plaintiff's current mental status; and finally,

4. The initial scheduling conference previously scheduled for March 8, 2010, at 9:30 a.m., has been CONTINUED to April 7, 2010, at 9:30 a.m. before the undersigned. The parties may appear telephonically.

IT IS SO ORDERED.

Dated:   **February 24, 2010**              /s/ **Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE

2