**BETTS & RUBIN, A Professional Corporation**
Attorneys at Law
907 Santa Fe Avenue, Ste. 201
Fresno, California 93721
Telephone: (559) 438-8500
Facsimile:  (559) 438-6959
James B. Betts (State Bar #110222)
Joseph D. Rubin (State Bar #149920)

Attorneys for Defendants CITY OF FRESNO, JERRY DYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN BEATY, | Case No. 1:09-CV-01684- LJO-GSA |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR CONTINUANCE OF THE INITIAL SCHEDULING CONFERENCE |
| CITY OF FRESNO; JERRY DYER; individually and in his official capacity as the Chief of Police for the Fresno Police Department; JEFFREY GROSS, individually and in his official capacity as Police Sergeant for the Fresno Police Department; SCOTT PAYN, individually and in his official capacity as Police Officer for the Fresno Police Department, and DOES 1 through 50, inclusive, | |
| Defendants. | |

The parties, through their respective counsel of record, hereby stipulate as follows:

1. There is a Scheduling Conference set for April 7, 2010;

2. Defendants filed Rule 12 motions that are set to be heard on April 19, 2010;

3. It is anticipated that Plaintiff will file an amended Complaint and that the pending Rule 12 motions will be vacated; and

//

//

4. As a result, the parties request the Scheduling Conference in this matter be continued until May 19, 2010, at 9:30 a.m.

Dated: March 30, 2010      LAW OFFICES OF RUSSELL D. COOK

By /s/   Russell D. Cook
Russell D. Cook, Esq.
Attorneys for Plaintiff GLEN BEATY

Dated: March 30, 2010      BETTS & RUBIN

By /s/ Joseph D. Rubin
Joseph D. Rubin
Attorneys for Defendants CITY OF FRESNO and JERRY DYER

Dated: March 30, 2010      WEAKLEY, ARENDT & MCGUIRE, LLP

By /s/   Rosemary T. McGuire
Rosemary T. McGuire, Esq.
Attorneys for Defendants JEFFREY GROSS and SCOTT PAYN

**The Court cannot accommodate the parties' request for the date of Wednesday, May 19, 2010.  Therefore, the Scheduling Conference is CONTINUED to Monday, May 24, 2010, at 10:00 a.m., in Courtroom 10 before the undersigned.**

IT IS SO ORDERED.

**Dated:   April 2, 2010**      **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE