# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN BEATY, | CASE NO. CV F 09-1684 LJO GSA |
| Plaintiff, | **ORDER TAKING MOTIONS UNDER SUBMISSION** (Doc. 47, 49) |
| vs. | |
| CITY OF FRESNO, et al. | |
| Defendants. | |

Currently pending before this Court are several motions to dismiss the complaint. The parties filed a stipulation on April 2, 2010 indicating that plaintiff anticipates filing an amended complaint. (Doc. 50.) This anticipated amended complaint has not yet been filed. Any opposition to the motions is untimely. Accordingly, the Court VACATES the April 19, 2010 hearing and will decide the motions on the moving papers (Local Rule 230(c) (g)), unless on or before April 14, 2010, plaintiff files an amended complaint.

IT IS SO ORDERED.

**Dated:   April 8, 2010**              /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE

1