**BETTS & RUBIN, A Professional Corporation**
Attorneys at Law
907 Santa Fe Avenue, Ste. 201
Fresno, California 93721
Telephone: (559) 438-8500
Facsimile:  (559) 438-6959
James B. Betts (State Bar #110222)
Joseph D. Rubin (State Bar #149920)

Attorneys for Defendants CITY OF FRESNO, JERRY DYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN BEATY,<br><br>  Plaintiff,<br><br>   v.<br><br>CITY OF FRESNO; JERRY DYER; individually and in his official capacity as the Chief of Police for the Fresno Police Department; JEFFREY GROSS, individually and in his official capacity as Police Sergeant for the Fresno Police Department; SCOTT PAYN, individually and in his official capacity as Police Officer for the Fresno Police Department, and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No. 1:09-CV-01684- LJO-GSA<br><br>STIPULATION AND ORDER FOR DISMISSAL OF CLAIMS IN FIRST AMENDED COMPLAINT |

The parties, through their respective counsel of record, hereby stipulate as follows:

1. Plaintiff dismisses his punitive damage claim against the City of Fresno; and

////

////

////

////

2. Plaintiff dismisses his claim for statutory damages (except attorney's fees and costs) without prejudice.

Dated: April 29, 2010         LAW OFFICES OF RUSSELL D. COOK

By /s/   Russell D. Cook
Russell D. Cook, Esq.
Attorneys for Plaintiff GLEN BEATY

Dated: April 29, 2010         BETTS & RUBIN

By /s/ Joseph D. Rubin
Joseph D. Rubin
Attorneys for Defendants CITY OF FRESNO and JERRY DYER

Dated: April 29, 2010         WEAKLEY, ARENDT & MCGUIRE, LLP

By /s/   Rosemary T. McGuire
Rosemary T. McGuire, Esq.
Attorneys for Defendants JEFFREY GROSS and SCOTT PAYN

IT IS SO ORDERED.

**Dated:   April 29, 2010**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

- 2 -