Russell D. Cook     094934
LAW OFFICE OF RUSSELL D. COOK
1233 West Shaw Avenue, Suite 100
Fresno, California  93711
Telephone:   (559) 225-2510
Facsimile:    (559) 229-3941

Peter N. Kapetan (138068)
KAPETAN BROTHERS
1236 "M" Street
Fresno, California 93721
Telephone:   (559) 498-0800
Facsimile:    (559) 498-3784

Attorneys for:     Plaintiff Glen Beaty

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN BEATY,<br><br>    Plaintiff,<br>v.<br><br>CITY OF FRESNO; JERRY DYER, individually and in his official capacity as the Chief of Police for the Fresno Police Department; JEFFREY GROSS, individually and in his official capacity as Police Sergeant for the Fresno Police Department; SCOTT PAYN, individually and in his official capacity as Police Officer for the Fresno Police Department; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 1:09cv01684 LJO JLT<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON APPLICATION FOR DISBURSEMENTS OF SETTLEMENT PROCEEDS**<br><br>DATE:  June 20, 2011<br>TIME:  10:00 A.M.<br>Ctrm:  10, 6th Floor<br><br>Judge: Jennifer L. Thurston |

This stipulation is entered into between the Plaintiff, GLEN BEATY by and through his  attorney of record, Russell D. Cook, Esq., on the one hand and Defendants, CITY OF FRESNO and JERRY DYER, by and through their attorney, Joseph D. Rubin, Esq., and Defendants JEFFREY GROSS and SCOTT PAYN, by and through their attorney, James J. Arendt on the other hand.

STIPULATION AND ORDER TO CONTINUE
HEARING ON APPLICATION FOR
DISBURSEMENTS                                    -1-

1  It is proposed that the Plaintiff's Motion for Approval of Disbursements of Settlement Proceeds Regarding Prior Approval Compromise of a Disputed Claim currently scheduled for June 20, 2011 be continued to June 27, 2011, via telephonic conference to be arranged by Plaintiff's attorney Russell D. Cook.

LAW OFFICE OF RUSSELL D. COOK

Date: June 17, 2011                By: /s/   **Russell D. Cook**
                                   Russell D. Cook, Attorney for:
                                   Plaintiff, GLEN BEATY

WEAKLEY, ARENDT & McGUIRE, L.L.P.

Date: June 17, 2011                By; **/s/ James J. Arendt**
                                   James J. Arendt, Attorney for:
                                   Defendants, JEFFREY GROSS and SCOTT PAYN, et al.

BETTS & RUBIN

Date: June 17, 2011                By; **/s/ Joseph D. Rubin**
                                   Joseph D. Rubin, Attorney for:
                                   Defendants, CITY OF FRESNO, et al.

**ORDER**

IT IS SO ORDERED.

Dated:  **June 17, 2011**                /s/ Jennifer L. Thurston
                                         UNITED STATES MAGISTRATE JUDGE