IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN BEATY,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF FRESNO, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:09-cv-01684 LJO JLT<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDERS |

   Pending before the Court is Plaintiff's motion for disbursement of funds. (Doc. 75) On June 27, 2011, the Court ordered, "Plaintiff to submit a supplement to the motion explaining the chosen course for the disbursement with a proposed order." (Doc. 83) However, to date, no supplement or proposed order has been submitted.

   The Local Rules of this District, correspond with Fed. R. Civ. P. 11, and provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." LR 110. Further, a court may impose sanctions in exercising the "inherent power to control [its] dockets." *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986).

   Therefore, within 10 days of the date of service of this order, Plaintiff is **ORDERED** to show cause why sanctions should not be imposed for his failure to comply with the Court's orders. Alternatively, within this same time frame, Plaintiff SHALL file his supplement and proposed order as

1  ordered on June 27, 2011.

3  IT IS SO ORDERED.

4  Dated:   **February 1, 2012**                                             /s/ Jennifer L. Thurston
                                                                              UNITED STATES MAGISTRATE JUDGE