1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GLEN BEATY,                                 Case No. 1:09-cv-01684 LJO JLT

12              Plaintiff,                        ORDER TO PLAINTIFF TO SHOW CAUSE
                                                  WHY  SANCTIONS  SHOULD  NOT  BE
13        vs.                                     IMPOSED FOR FAILURE TO COMPLY WITH
                                                  THE COURT'S ORDERS
14   CITY OF FRESNO, et al.,

15              Defendants.

16   _____/

17        Pending before the Court is Plaintiff's motion for disbursement of funds.  (Doc. 75) On June 27,

18   2011, the Court ordered, "Plaintiff to submit a supplement to the motion explaining the chosen course

19   for the disbursement with a proposed order."  (Doc. 83) However, to date, no supplement or proposed

20   order has been submitted.

21        The Local Rules of this District, correspond with Fed. R. Civ. P. 11, and provide: "Failure of

22   counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by

23   the Court of any and all sanctions . . . within the inherent power of the Court." LR 110.  Further, a court

24   may impose sanctions in exercising the "inherent power to control [its] dockets." *Thompson v. Housing*

25   *Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986).

26        Therefore, within 10 days of the date of service of this order, Plaintiff is **ORDERED** to show

27   cause why sanctions should not be imposed for his failure to comply with the Court's orders.

28   Alternatively, within this same time frame, Plaintiff SHALL file his supplement and proposed order as

1

1  ordered on June 27, 2011.

2

3  IT IS SO ORDERED.

4  Dated:   **February 1, 2012**                                    **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28